**LAW OFFICE OF RICCI & SPROULS**
Attorneys at Law
445 Washington Street
San Francisco, California 94111
(415) 391 2100
FAX (415) 391 4678

**FRANK P. SPROULS** State Bar #166019
Attorney for Petitioner

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Petitioner, | CV 06-3519 MHP |
| **Martin CASTILLO-TRIGOSO** | **MOTION FOR VOLUNTARY DISMISSAL OF WRIT OF MANDAMUS** |
| v. | |
| **Alberto Gonzalez**, ATTORNEY GENERAL OF THE UNITED STATES AND **David Sill**, Acting District Director, San Francisco Office, **U.S. BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES** | |
| Respondents | |

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

1. We move the court to dismiss the Writ of Mandamus that was filed compelling respondents to issue petitioner with an adjustment interview.

2. Petitioner has been scheduled for an interview on July 17, 2006, and as such, respondents have met the demands of our complaint.

3. Petitioner respectfully motions the court to dismiss the writ of mandamus.

---

Voluntary Dismissal of PETITION FOR WRIT OF MANDAMUS, CASTILLO-TRIGOSO v. GONZALEZ

1

1  **Dated**: _____ **2006**

2

3

4

5  _____

   **Frank P. Sprouls**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25